**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUDITH MACMUNN, et al.,** ) | |
| ) | **CIVIL ACTION No. 1:07-cv-01983-RMU** |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| ) | |
| **ELI LILLY AND COMPANY,** ) | |
| ) | |
| **Defendant**. ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Judith L. O'Grady as

counsel for Defendant Eli Lilly and Company in the above-captioned matter.


Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Judith L. O'Grady
Judith L. O'Grady, D.C. Bar No. 494290
600 14TH Street, N.W., Suite 800
Washington, D.C.  20005-2004
(202) 783-8400  Telephone
(202) 783-4211 Facsimile

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

143503v1

- 2 -

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 7th day of November, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
**Attorneys for Plaintiffs**


           /s/ Judith L. O'Grady
           **ATTORNEY FOR DEFENDANT**
           **ELI LILLY AND COMPANY**

143503v1