THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH MACMUNN, et al.,<br><br>                    **Plaintiffs,**<br><br>vs.<br><br>**ELI LILLY AND COMPANY,**<br><br>                    **Defendant**. | **CIVIL ACTION No. 1:07-cv-01983-RMU** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

                    Respectfully submitted,

                    SHOOK, HARDY & BACON, L.L.P.

                    /s/ John Chadwick Coots
                    John Chadwick Coots, D.C. Bar No. 461979
                    600 14TH Street, N.W., Suite 800
                    Washington, D.C. 20005-2004
                    (202) 783-8400  Telephone
                    (202) 783-4211  Facsimile

                    **ATTORNEY FOR DEFENDANT**
                    **ELI LILLY AND COMPANY**

143506v1

- 2 -

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 7th day of November, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

                                        /s/ John Chadwick Coots
                                        **ATTORNEY FOR DEFENDANT**
                                        **ELI LILLY AND COMPANY**

143506v1