UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH MACMUNN, et al., | } |
| Plaintiffs, | } CIVIL ACTION No. 1:07-cv-01983 (RMU/AK) |
| vs. | } |
| ELI LILLY AND COMPANY, | } |
| Defendant. | } |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for Plaintiffs JUDITH MACMUNN and MICHAEL MACMUNN in the above-captioned matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

   /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
slewis@aaronlevinelaw.com

Counsel for Plaintiffs