UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ }
**JUDITH MACMUNN, et al.,**            }
                                       }
      **Plaintiffs,**    } **CIVIL ACTION No. 1:07-cv-01983 (RMU/AK)**
                                       }
  vs.                          }
                                       }
**ELI LILLY AND COMPANY,**             }
                                       }
      **Defendant.**    }
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ }

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for Plaintiffs JUDITH MACMUNN and MICHAEL MACMUNN in the above-captioned matter.

                                      Respectfully submitted,

                                      AARON M. LEVINE & ASSOCIATES

                                      /s/ Renee L. Robinson-Meyer
                                      RENEE L. ROBINSON-MEYER, #455375
                                      1320 19th Street, N.W., Suite 500
                                      Washington, D.C.  20036
                                      (202) 833-8040
                                      aaronlevinelaw@aol.com

                                      Counsel for Plaintiffs