UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDITH MACMUNN, et al., | }<br>}<br>} |
| Plaintiffs, | } CIVIL ACTION No. 1:07-cv-01983 (RMU/AK)<br>} |
| vs. | }<br>} |
| ELI LILLY AND COMPANY, | }<br>} |
| Defendant. | } |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for Plaintiffs JUDITH MACMUNN and MICHAEL MACMUNN in the above-captioned matter.

        Respectfully submitted,

        AARON M. LEVINE & ASSOCIATES

          /s/ Brandon J. Levine
        BRANDON J. LEVINE, #412130
        1320 19th Street, N.W., Suite 500
        Washington, D.C. 20036
        (202) 833-8040
        levbran@aol.com

        Counsel for Plaintiffs