UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDITH MACMUNN, *et al.*,
        Plaintiffs,
   v.
ELI LILLY AND COMPANY,
        Defendant.

Civil Action No. 07-1983
(RMU/AK)

## SCHEDULING ORDER

The Court having considered the Joint Meet and Confer Statement submitted by counsel and a telephonic Scheduling Conference having been held on January 11, 2008, it is hereby

**ORDERED** that the parties will comply with the following schedule:

| | |
|---|---|
| Deadline for joinder or amendment of pleadings | Feb. 18, 2008 |
| Deadline for serving discovery requests | Feb. 21, 2008 |
| Status Conference before Judge Ricardo M. Urbina (12/17/07 Minute Order) | June 12, 2008 10:30 a.m. |
| Deadline for Pls.' expert designations and reports | June 23, 2008 |
| Deadline for Def.'s expert designations and reports | Aug. 22, 2008 |
| Close of all discovery (experts may be deposed until the end of discovery) | Sept. 22, 2008 |
| Deadline for filing dispositive motions | October 22, 2008 |

Pre-Trial Conference date to be determined.

The parties are to jointly contact chambers, at 202-354-3030, to set a mediation date when they mutually agree that the case is ripe for mediation.

DATE: January 11, 2008

                                                _____/s/_____
                                                ALAN KAY
                                                UNITED STATES MAGISTRATE JUDGE