UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDITH MACMUNN *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.: 07-1983 (RMU) |
| | : | |
| v. | : | Document No.:   17 |
| | : | |
| ELI LILLY COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING THE DEFENDANT'S MOTION TO TRANSFER

For the reasons stated in the accompanying Memorandum Opinion, it is this 19th day of June, 2008,

**ORDERED** that the defendants' motions to transfer is **GRANTED**; and it is

**FURTHER ORDERED** that this case be transferred to the District of Massachusetts.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge